UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-8092 PA (PDx) | Date | February 23, 2023 |
|---|---|---|---|
| Title | Benjamin Pugh v. Transunion, LLC et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On January 6, 2023, the parties filed a Stipulation extending defendant Equifax Information Services LLC's ("Defendant") time to file an Answer to February 6, 2023. (Docket No. 21.) Defendant failed to file an Answer by that date. On February 7, 2023, the Court ordered plaintiff Benjamin Pugh ("Plaintiff") to show cause in writing by February 14, 2023 why Defendant should not be dismissed for lack of prosecution. (Docket No. 31.) On February 9, 2023, Plaintiff filed a Notice of Settlement. (Docket No. 33.) On February 10, 2023, the Court ordered the parties to file a dismissal or place the settlement on the record within ten days. (Docket No. 34.) The Order stated that "[i]f the parties do not dismiss the defendant or do not place the settlement on the record, the matter will remain on the Court's active trial calendar with all pretrial and trial dates in effect." (Id.) To date, the parties have not filed a dismissal of Defendant or placed a settlement on the record and Defendant still has not filed an Answer or other responsive pleading.

Accordingly, the court, on its own motion, orders Plaintiff to show cause in writing on or before **March 2, 2023,** why Defendant should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiff's response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of Defendant.

IT IS SO ORDERED.